FILED
AUG 17 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

# UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

**TOSCA SHARRANE OWENS TRUST,**
By and through Tosca Sharrane Owens, Trustee,
1326 Southern Blvd NW
Warren, OH 44485-2044,

*Plaintiff,*

v.

**FORD MOTOR CREDIT COMPANY LLC,**
d/b/a Ford Credit / Lincoln Automotive Financial Services,
P.O. Box 30201
College Station, TX 77842,

*Defendant.*

4:26 CV 01939

**CASE NO.:** ____________________

Motion

**[PROPOSED] EX PARTE TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**

JUDGE PEARSON

## [PROPOSED] EX PARTE TEMPORARY RESTRAINING ORDER

This matter came before the Court upon Plaintiff TOSCA SHARRANE OWENS TRUST's Emergency *Ex Parte* Motion for a Temporary Restraining Order and Preliminary Injunction pursuant to Rule 65(b) of the Federal Rules of Civil Procedure. Having reviewed the Verified Complaint, Motion, Affidavit of Trustee Tosca Sharrane Owens, and supporting documentary exhibits, the Court finds as follows:

1. Plaintiff has demonstrated a strong likelihood of success on the merits regarding its claims for Breach of Contract (UCC § 3-603 / Ohio R.C. § 1303.69), Conversion (UCC § 9-609 / Ohio R.C. § 1309.609), and Declaratory Relief, having established that Defendant accepted a $20,065.00 payoff, issued a written Paid-in-Full confirmation, released its lien on public record, and that Plaintiff holds clear title under State of Ohio Replacement Title No. 7802797528.

2. Plaintiff will suffer immediate and irreparable injury, loss, or damage before Defendant can be heard in opposition if Defendant, its agents, or independent repossession vendors take action to repossess or seize Plaintiff's primary vehicle, a 2024 Ford Edge (VIN: 2FMPK4J98RBA94911).

3. The balance of hardships tips heavily in Plaintiff's favor, and the public interest favors enforcing full settlement agreements and protecting state title registry records.

**IT IS THEREFORE ORDERED THAT:**

1. Defendant **FORD MOTOR CREDIT COMPANY LLC**, its officers, directors, agents, employees, attorneys, independent contractors, repossession agencies, towing companies, and all persons acting in concert or participation with them, are **IMMEDIATELY ENJOINED AND RESTRAINED** from:
   a. Taking any action to repossess, seize, tow, encumber, impound, or interfere with Plaintiff's possession and use of the 2024 Ford Edge (VIN: **2FMPK4J98RBA94911**);
   b. Issuing any repossession orders or dispatch orders to third-party repossession vendors regarding Account Number **65216825**;
   c. Reporting any adverse, delinquent, or late payment information to consumer credit reporting agencies regarding Plaintiff or Trustee Tosca Sharrane Owens for Account Number **65216825**; and
   d. Assessing late fees, penalty interest, or administrative collection charges against Account Number **65216825**.
2. Pursuant to Fed. R. Civ. P. 65(c), no security bond shall be required of Plaintiff, as Plaintiff holds an unencumbered State Certificate of Title and Defendant faces no financial loss during the pendency of this Order.
3. This Temporary Restraining Order shall remain in full force and effect for fourteen (14) days from the date and time of issuance, unless extended by further Order of this Court.
4. **ORDER TO SHOW CAUSE:** Defendant is hereby ORDERED to appear before this Court on the _____ day of August, 2026, at _____ __.m. at the United States Courthouse, ____________________________, Ohio, to show cause why a Preliminary Injunction should not issue continuing the terms of this Order during the pendency of this litigation.
5. Plaintiff shall effectuate service of this Order, the Summons, Complaint, Motion, and supporting papers upon Defendant forthwith.

**IT IS SO ORDERED.**

Dated: August ____, 2026, at _____ __.m.

______________________________________

**UNITED STATES DISTRICT JUDGE**
Northern District of Ohio